May 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

RICHARD ALAN HAASE, Appellant

NO. 14-11-01116-CV                          V.

ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO AND FRIEND LLP,
Appellee

_____

        This cause, an appeal from the judgment in favor of appellee, Abraham, Watkins, Nichols, Sorrels, Agosto and Friend LLP, signed September 26, 2011, was heard on the transcript of the record. We have inspected the record and find that the trial court erred by concluding that each cause of action asserted by appellant, Richard Alan Haase, was barred by the statute of limitations. We order that the portions of the judgment that dispose of appellant's final two causes of action—i.e., the allegation that appellee negligently failed to include additional tortfeasors in appellant's federal complaint, and the allegation that appellee negligently failed to pursue a fraud claim against a tortfeasor already named in that complaint—are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

        Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

        We order that each party shall pay its costs by reason of this appeal.

        We further order this decision certified below for observance.